■ AARON SHAULI et al., Appellants, v URIEL LEBHAR, Respondent. [716 NYS2d 921] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Steinhardt, J.), dated February 15, 2000.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Steinhardt at the Supreme Court. Mangano, P. J., Luciano, Feuerstein and Schmidt, JJ., concur.